Sylvia C. Moore, Appellee, v. James B. Moore, Appellant.

Gen. No. 47,914.

First District, Second Division.

April 13, 1960.

■ Yowell
and Yowell, for appellant; Davis, Boyden, Jones, and Baer (Joseph Winslow Baer and John E. Angle, of counsel) for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.